Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:          CLERK, U.S. BANKRUPTCY COURT

Re:          UNDISTRIBUTED FUNDS

Debtors:      CSABA FULOP & ENIKO FULOP
                 39927 PENINA WAY
                 PALMDALE, CA 93551

Case No.:     SV06-10414-MT

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| CSABA FULOP & ENIKO FULOP<br>39927 PENINA WAY<br>PALMDALE, CA 93551 | $1965.63 |

Dated: April 29, 2011

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

CDS US BANKRUPTCY CT

Check No.: 0829669  
Check Date: 04/20/2011  
Check Amt: 1,965.63

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0610414 | | CSABA FULOP | | 0.00 | 0.00 | 1,965.63 | 1,965.63 |
| | Claim #: 00000 | ENIKO FULOP | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 1,965.63 | 1,965.63 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Apr 20, 2011  
CHECK NO.: 0829669  
CHECK AMOUNT: $******1,965.63  
VOID AFTER 60 DAYS

FULOP, CSABA  
Case No: 0610414

PAY ONLY **1,965.63**  
ONE COMMA NINE SIX FIVE PERIOD SIX THREE

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $1,965.63

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈08296699⑈ ⑆122044300⑆ 001⑈111690⑈